*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DE CONCESIÓN DEL 24 y 26 DE DICIEMBRE DE 2014 y EL 5 DE ENERO DE 2015.

*Número:* EM-2014-11          *Resuelto:* 5 de diciembre de 2014

## RESOLUCIÓN

La Jueza Presidenta, Hon. Liana Fiol Matta, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del 24 de diciembre de 2014, así como el 26 de diciembre de 2014 y el 5 de enero de 2015, con cargo a la licencia de vacaciones.

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73), y se considerarán el 24 y 26 de diciembre de 2014, así el 5 de enero de 2015 como días feriados. Cualquier término a vencer el 24 y el 26 de diciembre de 2014, se extenderá hasta el lunes 29 de diciembre de 2014, y los que venzan el 5 de enero de 2015, se extenderán hasta el próximo día laborable, miércoles 7 de enero de 2015.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*